1  MATTHEW J. HAFEY (SBN: 167122)
   mhafey@nicolaidesllp.com
2  ETHAN H. SEIBERT (SBN: 232262)
3  eseibert@nicolaidesllp.com
   NICOLAIDES FINK THORPE
4  MICHAELIDES SULLIVAN LLP
5  777 S. Figueroa Street, Suite 750
   Los Angeles, CA 90017
6  Telephone:  (213) 402-1245
7  Facsimile:    (213) 402-1246

8
   Attorneys for Defendant
9  KINSALE INSURANCE COMPANY

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13  HENRY AGUILA,                      Case No. 2:23-cv-00946-MEMF-MAA
                                       [Consolidated with 2:23-cv-00951-
14              Plaintiff,             MEMF-MAA]

15
16  v.                                 **NOTICE OF SETTLEMENT OF
                                       ENTIRE ACTION**
17  KINSALE INSURANCE
18  COMPANY and DOES 1 TO 20,
    inclusive,
19
20              Defendants.

21

22      TO THE COURT AND TO ALL PARTIES TO THE WITHIN ACTION

23  AND THEIR ATTORNEYS OF RECORD:

24      PLEASE TAKE NOTICE that both of the matters consolidated under

25  USDC Case No. 2:23-cv-00946-MEMF-MAA (*Henry Aguila v. Kinsale*

26  *Insurance Company*, USDC Case No. 2:23-cv-00946-MEMF-MAA and

27  *Henry Aguila v. Kinsale Insurance Company*, USDC Case No. 2:23-cv-

28  00951-MEMF-MAA) have been tentatively resolved to the satisfaction of

1 | plaintiff Henry Aguila ("Aguila") and defendant Kinsale Insurance Company

2 | ("Kinsale") (collectively, the "Parties").

3 |      The Parties anticipate circulating a written settlement agreement and

4 | filing a Stipulation for Dismissal with Prejudice within thirty (30) days. The

5 | Parties request the Court to vacate all current deadlines set forth in the

6 | Civil Trial Order filed June 6, 2023 [ECF 20] and set an Order to Show

7 | Cause within forty-five (45) days regarding the filing of the dismissal.

8 | Should a dismissal be filed before the OSC, the OSC should be

9 | discharged.

10

11

12 | Dated:   December 4, 2023        NICOLAIDES FINK THORPE

13 |                       MICHAELIDES SULLIVAN LLP

14

15 |                       By:_____

16 |                         Matthew J. Hafey

17 |                         Ethan H. Seibert

                        Attorneys for Defendant Kinsale

18 |                         Insurance Company

19 | Dated:   December 4, 2023        HENRY AGUILA, pro per

20

21

22 |                       By:_____

                        Henry Aguila

23

24

25

26

27

28