1  MATTHEW J. HAFEY (SBN: 167122)
2  mhafey@nicolaidesllp.com
   ETHAN H. SEIBERT (SBN: 232262)
3  eseibert@nicolaidesllp.com
4  NICOLAIDES FINK THORPE
   MICHAELIDES SULLIVAN LLP
5  777 S. Figueroa Street, Suite 750
6  Los Angeles, CA 90017
   Telephone:  (213) 402-1245
7  Facsimile:   (213) 402-1246
8
   Attorneys for Defendant
9  KINSALE INSURANCE COMPANY
10

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  HENRY AGUILA, | Case No. 2:23-cv-00946-MEMF-MAA |
| 14                Plaintiff, | [Consolidated with 2:23-cv-00951-MEMF-MAA] |
| 15 | |
| 16  v. | **STIPULATION TO DISMISS ENTIRE ACTION WITH** |
| 17  KINSALE INSURANCE | **PREJUDICE** |
| 18  COMPANY and DOES 1 TO 20, inclusive, | |
| 19 | **Accompanying Document** |
| 20               Defendants. | **[PROPOSED] ORDER** |
| 21 | |

22      WHEREAS plaintiff Henry Aguila ("Aguila") and defendant Kinsale
23  Insurance Company ("Kinsale") (collectively the "Parties") have resolved
24  their differences to the satisfaction of the Parties as memorialized in a
25  settlement agreement dated December 14, 2023 (the "Settlement
26  Agreement"); and
27      WHEREAS the settlement fully resolves both of the matters
28  consolidated under USDC Case No. 2:23-cv-00946-MEMF-MAA (*Henry*

1 | *Aguila v. Kinsale Insurance Company*, USDC Case No. 2:23-cv-00946-MEMF-MAA and *Henry Aguila v. Kinsale Insurance Company*, USDC Case No. 2:23-cv-00951-MEMF-MAA);

    IT IS HEREBY STIPULATED AND AGREED by the Parties through their attorneys of record (Matthew J. Hafey for Kinsale) and plaintiff in pro per (Aguila) that both consolidated matters may be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

    IT IS ALSO STIPULATED AND AGREED that the Court shall reserve jurisdiction to enforce the Settlement Agreement pursuant to its inherent power as recognized in *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378, 114 S. Ct. 1673, 1676, 128 L. Ed. 2d 391 (1994) and pursuant to California Code of Civil Procedure § 664.6 which applies to this action under the Erie Doctrine.  Each of the parties is to bear its own attorney's fees and costs with respect to this action only.

Dated: December 24, 2023      NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP

By: /s/ Matthew J. Hafey
    Matthew J. Hafey
    Ethan H. Seibert
    Attorneys for Defendant Kinsale Insurance Company

Dated: December 14, 2023      HENRY AGUILA, pro per

By: /s/ Henry Aguila
    Henry Aguila