JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HENRY AGUILA, | Case No. 2:23-cv-00946-MEMF-MAA [Consolidated with 2:23-cv-00951-MEMF-MAA] |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [ECF NO. 23]** |
| KINSALE INSURANCE COMPANY and DOES 1 TO 20, inclusive, | |
| Defendants. | |

Having considered the stipulation of counsel and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

1. *Henry Aguila v. Kinsale Insurance Company,* USDC Case No. 2:23-cv-00946-MEMF-MAA, consolidated with *Henry Aguila v. Kinsale Insurance Company*, USDC Case No. 2:23-cv-00951-MEMF-MAA are both hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2);

2. The Court reserves jurisdiction to enforce the Settlement Agreement as requested by the parties pursuant to its inherent power as recognized in *Kokkonen v. Guardian*

*Life Ins. Co. of Am.*, 511 U.S. 375 (1994) and pursuant to California Code of Civil Procedure § 664.6 which applies to this action under the *Erie* Doctrine;

3. Each of the parties is to bear its own attorney's fees and costs with respect to this action only.

IT IS SO ORDERED.

Dated: December 26, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge